UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE SPECIAL GRAND JURY
THE  May 22, 2013  TERM. 13-02

MINUTES OF COURT     2013 NOV 19  P 12: 01

DATE:  November 19, 2013 @ 11:30 AM – 11:31 AM

PRESENT:   The Honorable   George W. Foley, Jr.  , U.S. Magistrate Judge.

DEPUTY CLERK:   Araceli Bareng       REPORTER:  Phyllis Anderson

UNITED STATES ATTORNEY:   Cristina Silva    COURTROOM:  3A

A roll call of the Grand Jury is taken with  22  members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is  1  SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| Case | Defendant(s) | Action |
|---|---|---|
| ✓ 2:13-CR-0417 | ALI G. ALMEDA<br>NATHAN HERRERA<br>GILBERTO VASQUEZ, JR | WARRANT<br>WARRANT<br>WARRANT |
| 2:13-CR-418 | 1 SEALED DEFENDANT | WARRANT |
| 2:13:-CR-419 | GERALD KOKOSZKA<br>DEFENDANT - LOCAL | SUMMONS |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:13-CR-419** will be held on **Wednesday, November 27, 2013 @ 1:30 PM** before **MAGISTRATE JUDGE PEGGY A. LEEN in Courtroom 3B**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Araceli Bareng

Deputy Clerk