AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

9411014

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| **NATHAN HERRERA** | ) Case No. 2:13-cr- 417 |
| *Defendant* | ) |
| | ) |

RECEIVED UNITED STATES MARSHAL DISTRICT OF NEVADA
2013 NOV 19 PM 2 50

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

APR 21 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **NATHAN HERRERA**
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1) and (b)(1)(A)(vii) and 846 - Conspiracy to Manufacture a Controlled Substance - Marijuana Plants
21 U.S.C. 841(a)(1) and (b)(1)(A)(vii) - Manufacture a Controlled Substance - Marijuana Plants
21 U.S.C. 856(a)(1) - Maintaining Drug - Involved Premises
18 U.S.C. 2 - Aiding and Abetting

LANCE S. WILSON

CLERK

*Lance S. Wilson*

(By) DEPUTY CLERK

11/19/2013   Las Vegas, Nevada
DATE

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* 11/19/14 , and the person was arrested on *(date)* 4/10/14 | |
| at *(city and state)* SACRAMENTO, CA . | |

Date: 4/14/14

USMS
*Arresting officer's signature*

by GM
*Printed name and title*