# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2: 13-cr-00417-KJD-GWF |
| vs. ) | **ORDER** |
| NATHAN HERRERA, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Nathan Herrera's Motion to Withdraw Motion to Dismiss Counsel and Appoint New Counsel for Defendant (#44, 45), filed on December 22, 2014.

Defendant previously wrote a Letter to the Court asking the Court to dismiss counsel Brian J. Smith due to lack of communication between counsel and client. (#42). Now, Smith represents that he has visited with the Defendant and they have resolved their issues. Mr. Herrera would now like to withdraw his motion to dismiss Mr. Smith and appoint new counsel. The Defendant has shown good cause for withdrawing his motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw Motion to Dismiss Counsel and Appoint New Counsel for Defendant (#44, 45) are **granted**.

DATED this 23rd day of December, 2014.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge